UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>                Plaintiff,<br>    v.<br><br>JOHN C. COUGHENOUR,<br><br>                Defendant. | CASE NO. 2:24-cv-01837-LK<br><br>ORDER DISMISSING CASE |

       This matter comes before the Court sua sponte. Pro se plaintiff Raghavendran Shankar commenced this action on November 5, 2024 by filing a proposed complaint, but did not pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The Clerk's office sent Mr. Shankar a notice of filing deficiency, informing him that he needed to either pay the filing fee or submit an IFP application by December 9, 2024. Dkt. No. 2. The notice also informed Mr. Shankar that he needed to sign his complaint and return a copy of the signature page by November 21, 2024. *Id.* The notice warned Mr. Shankar that failure to correct these deficiencies may result in his case being dismissed. *Id.*

ORDER DISMISSING CASE - 1

1  Because Mr. Shankar took no further action, the Court DISMISSES the case without
2  prejudice. The Clerk is directed to terminate this action.

4  Dated this 29th day of April, 2025.

                                                                Lauren King
                                                                Lauren King
                                                                United States District Judge

ORDER DISMISSING CASE - 2